Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINSTREAM MEDIA, EC, a Bahrain (Non-Resident) Exempt Closed Joint Stock Company, <br><br> Plaintiff <br> v. <br> PETER RIVEN, an individual; ALEXANDER HYDES, an individual; DYNADOT LLC, a California corporation; ESCROW.COM, INC., a California corporation; (cont., see attachment) <br> Defendant | Civil Action No. <br><br> **CV 08 3623 PJH** <br><br> **BY FAX** |

**Summons in a Civil Action**

To: ALEXANDER HYDES, an individual

*(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 29 2008

Richard W. Wieking
Name of clerk of court

**ANNA SPRINKLES**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINSTREAM MEDIA, EC, a Bahrain (Non-Resident) Exempt Closed Joint Stock Company, <br><br> Plaintiff <br> v. <br> PETER RIVEN, an individual; ALEXANDER HYDES, an individual; DYNADOT LLC, a California corporation; ESCROW.COM, INC., a California corporation; (cont., see attachment) <br> Defendant | CV 08    3623 PJH <br><br> Civil Action No. <br><br> **BY FAX** |

**Summons in a Civil Action**

To: PETER RIVEN, an individual

*(Defendant's name)*

A lawsuit has been filed against you.

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

Richard W. Wicking
Name of clerk of court
**ANNA SPRINKLES**

Date:     JUL 29 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINSTREAM MEDIA, EC, a Bahrain (Non-Resident) Exempt Closed Joint Stock Company,<br><br>Plaintiff<br>v.<br>PETER RIVEN, an individual; ALEXANDER HYDES, an individual; DYNADOT LLC, a California corporation; ESCROW.COM, INC., a California corporation; (cont., see attachment)<br>Defendant | **PJH**<br>CV 08   3623<br>Civil Action No.<br><br>BY FAX |

**Summons in a Civil Action**

To: DYNADOT LLC, a California corporation

*(Defendant's name)*

A lawsuit has been filed against you.

    Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wicking
Name of clerk of court

Date: JUL 2 9 2008

**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINSTREAM MEDIA, EC, a Bahrain (Non-Resident) Exempt Closed Joint Stock Company,<br><br>Plaintiff<br>v.<br>PETER RIVEN, an individual; ALEXANDER HYDES, an individual; DYNADOT LLC, a California corporation; ESCROW.COM, INC., a California corporation; (cont., see attachment)<br>Defendant | **PJH**<br><br>CV 08   3623<br>Civil Action No.<br><br>BY FAX |

**Summons in a Civil Action**

To: ESCROW.COM, INC., a California corporation

*(Defendant's name)*

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

**ANNA SPRINKLES**

Date:  JUL 2 9 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

MAINSTREAM MEDIA, EC, a Bahrain (Non-Resident) Exempt Closed Joint Stock Company,

Plaintiff

v.

PETER RIVEN, an individual; ALEXANDER HYDES, an individual; DYNADOT LLC, a California corporation; ESCROW.COM, INC., a California corporation; (cont., see attachment)

Defendant

Civil Action No.

**PJH**

**CV 08   3623**

**BY FAX**

**Summons in a Civil Action**

To: FM.NET, an Internet Domain name

*(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 9 2008

Richard W. Wieking
Name of clerk of court

**ANNA SPRINKLES**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*