1  **KRONENBERGER BURGOYNE, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
   Deepa Krishnan (Bar No. 228664)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone: (415) 955-1155
   Facsimile: (415) 955-1158
5  karl@kronenbergerlaw.com
6  deepa@kronenbergerlaw.com

7  Attorneys for Plaintiffs
   MAINSTREAM MEDIA, EC,
8  a Bahrain (Non-Resident) Exempt Closed Joint Stock Company



FILED
08 JUL 29 PM 12:05
RICHARD W. WIEKING
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CV 08  3623   PJH

| | |
|---|---|
| **MAINSTREAM MEDIA, EC**, a Bahrain (Non-Resident) Exempt Closed Joint Stock Company,<br><br>       Plaintiffs,<br><br>vs.<br><br>**PETER RIVEN**, an individual;<br>**ALEXANDER HYDES**, an individual;<br>**DYNADOT LLC**, a California corporation;<br>**ESCROW.COM, INC.**, a California corporation;<br>**FM.NET**, an Internet Domain name; and<br>**DOES 1- 10**,<br><br>       Defendants. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16** |



BY FAX

Case No.                           CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
2  than the named parties, there is no such interest to report.
3
4  DATED: July 29, 2008                                KRONENBERGER BURGOYNE, LLP
5
6  _____
   Karl Kronenberger
7  Attorneys for Plaintiff
   Mainstream Media EC

Case No.                                     1                    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS