THOMAS A. COLLINS, ESQ., #115545
**SANDERS, COLLINS & REHASTE, LLP**
5316 East Chapman Avenue
Orange, CA 92869-4236
Telephone: (714) 289-7070
Fax: (714) 289-7071
tom@scrhealthlaw.com

Attorneys for Defendant, INTERNET ESCROW SERVICES, INC., a California corporation erroneously sued as ESCROW.COM, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINSTREAM MEDIA, EC, a Bahrain (Non-Resident) Exempt Closed Joint Stock Company,<br><br>            Plaintiff,<br>      vs.<br><br>PETER RIVEN, an individual; ALEXANDER HYDES, an individual; DYNADOT, LLC, a California corporation; ESCROW.COM, INC., a California corporation; FM.NET, an Internet Domain name; and DOES 1 through 10,<br><br>            Defendants. | Civil Action No.: C08-03623 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |

Whereas, all parties of record in this action who have appeared in this action to date, by and through their counsel of record, stipulate as follows:

1. A Case Management Conference ("CMC") is presently scheduled to take place on November 6, 2008, at 2:30 p.m.;

2. Defendant Escrow.com has filed a Rule 12(b)(6) and alternatively a Rule 12(e) Motion which is presently schedule to be heard on November 12, 2008, at 9:00 a.m.;

3. All Defendants in the action have not been served. The Complaint alleges unserved Defendant Peter Riven resides in Australia and unserved Defendant Alexander Hydes resides in London, United Kingdom;

4. It would promote judicial economy to have the CMC after the November 12, 2008

1

hearing, after the Court has an opportunity to rule on the Motion, and after Plaintiff has had further opportunity to complete service on all parties, including Peter Riven and Alexander Hydes;

5. The parties by and through their counsel of record are all available for a CMC hearing on December 4, 2008, at 2:30 p.m.;

6. A copy of a proposed Order approved by all counsel is being filed concurrent with this Stipulation.

**KRONENBERGER BURGOYNE, LLP**

Dated:  October 16, 2008          By:   /s/ Karl S. Kronenberger
_____
Karl S. Kronenberger, Attorneys for Plaintiff MAINSTREAM MEDIA, EC

**WENDEL, ROSEN, BLACK & DEAN LLP**

Dated:  October 16, 2008          By:   /s/ Garret D. Murai
_____
Garret D. Murai, Attorneys for Defendant DYNADOT, LLC

**SANDERS, COLLINS & REHASTE, LLP**

Dated: October 16, 2008          By:   /s/ Thomas A. Collins
_____
THOMAS A. COLLINS Attorneys for Defendant ESCROW.COM

2

*TAC:ds/201128Stip.AG8.DOC*          STIPULATION AND [ORDER] TO CONTINUE CMC

THOMAS A. COLLINS, ESQ., #115545
**SANDERS, COLLINS & REHASTE, LLP**
5316 East Chapman Avenue
Orange, CA 92869-4236
Telephone: (714) 289-7070
Fax: (714) 289-7071
tom@scrhealthlaw.com

Attorneys for Defendant, INTERNET ESCROW SERVICES, INC., a California corporation erroneously sued as ESCROW.COM, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINSTREAM MEDIA, EC, a Bahrain (Non-Resident) Exempt Closed Joint Stock Company,<br><br>           Plaintiff,<br>      vs.<br><br>PETER RIVEN, an individual; ALEXANDER HYDES, an individual; DYNADOT, LLC, a California corporation; ESCROW.COM, INC., a California corporation; FM.NET, an Internet Domain name; and DOES 1 through 10,<br><br>           Defendants. | Civil Action No.: C08-03623 PJH<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |

HAVING CONSIDERED THE STIPULTION OF THE PARTIES AND GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

The Case Management Conference presently scheduled for November 6, 2008, at 2:30 p.m., is continued to December 4, 2008, at 2:30 p.m., in Courtroom 3.

DATED:  October 20    , 2008         _____
                                      PHYLLIS J. HAMILTON
                                      Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---
3

TAC:ds/201128Stip.AG8.DOC                STIPULATION AND [ORDER] TO CONTINUE CMC