**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Margarita Calpotura (Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Plaintiff
MAINSTREAM MEDIA, EC,
a Bahrain (Non-Resident) Exempt Closed Joint Stock Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAINSTREAM MEDIA, EC**, a Bahrain (Non-Resident) Exempt Closed Joint Stock Company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>**PETER RIVEN**, *et al.*,<br><br>        Defendants. | Case No. 08-3623 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

PLAINTIFF MAINSTREAM MEDIA, EC AND DEFENDANT DYNADOT LLC (COLLECTIVELY "THE PARTIES"), BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The Parties agree that Defendant Dynadot LLC be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Parties agree that all Parties will bear their own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD:

DATED:  December 10, 2008         **KRONENBERGER BURGOYNE LLP**

By:   s/ Karl. S. Kronenberger

Karl S. Kronenberger

Attorney for Plaintiff,
Mainstream Media, EC

DATED:  December 10, 2008         **WENDEL, ROSEN, BLACK & DEAN LLP**

By:   s/ Garret D. Murai

Garret D. Murai

Attorney for Defendant,
DYNADOT LLC



IT IS SO ORDERED
Judge Phyllis J. Hamilton

12/11/08

CASE NO. 08-3623 PJH         2         STIPULATION OF DISMISSAL

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Karl S. Kronenberger, hereby attest that the concurrence to the filing of this Stipulation of Dismissal with Prejudice has been obtained from Counsel for Defendant who has provided the conformed signature above.

**KRONENBERGER BURGOYNE LLP**

By: ___s/ Karl. S. Kronenberger___

Karl S. Kronenberger

Attorney for Plaintiff,
Mainstream Media, EC