UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAINSTREAM MEDIA EC,

    Plaintiff,

    v.

PETER RIVEN, et al.,

    Defendants.
_____/

No. C 08-3623 PJH

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

    Defendant Alexander Hydes having filed a motion to dismiss for lack of personal jurisdiction, in accordance with the court's order of March 27, 2009, the court finds that plaintiff's motion for default judgment must be DENIED as moot.

**IT IS SO ORDERED.**

Dated: April 28, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge