UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAINSTREAM MEDIA, EC,

    Plaintiff,

v.

PETER RIVEN, et al.,

    Defendants.
_____/

No. C 08-3623 PJH

**JUDGMENT**

The court having dismissed defendant Alexander Hydes for lack of personal jurisdiction, and defendants having voluntarily dismissed the remaining defendants,

It is Ordered and Adjudged

that the action be dismissed.

**IT IS SO ORDERED.**

Dated: July 24, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge